UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY L. CAMERON AND HAROLD CAMERON, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P, ET AL. <br><br> Defendants. | No. C 06-01341 SBA <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE** <br><br> [DOCKET NO. 4] |

On February 23, 2006, Plaintiffs Dorothy Cameron and Harold Cameron ("Plaintiffs") filed a complaint against defendants Astrazeneca Pharmaceuticals L.P, Astrazeneca L.P., and Eli Lilly and Company (collectively, "Defendants"). On June 16, 2006, Plaintiffs filed a Case Management Conference Statement requesting the Court to continue the Case Management Conference, then scheduled for June 29, 2006, for approximately 120 days, 1) because Plaintiffs had not yet served Defendants and 2) because this case falls within the purview of both Multidistrict Litigation Proceeding No. 1596 - *In re: Zyprexa Products Liability Litigation* and Multidistrict Litigation Proceeding No. 1769 - *In re: Seroquel Products Liability Litigation*. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs were required to serve Defendants within 120 days of the filing of the complaint, that is by June 23, 2006. As of the date of this order, Plaintiffs have not served Defendants. Plaintiffs have not shown good cause for their failure to serve. If service of the summons and complaint is not made upon Defendant within 120 days of the filing of the complaint, the Court may dismiss the case without prejudice after providing notice to Plaintiff. *See* Fed. R. Civ. P. 4(m).

Accordingly,

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs and/or Plaintiffs' counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 5, 2006, at 4:00 p.m.** to show cause why the above-captioned case should not be dismissed without prejudice for failure to serve the complaint on Defendant.

(2) No later than **Monday, July 3, 2006**, Plaintiffs or Plaintiffs' counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to serve.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION.

IT IS FURTHER ORDERED THAT the Case Management Conference, currently scheduled for October 25, 2006 at 3:30 p.m., is VACATED.

IT IS SO ORDERED.

Dated: 6/28/06

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge

2